IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kola Adetola,

                Plaintiff,        Case No. 1:19-cv-05648

v.                                 Michael L. Brown
                                      United States District Judge

Barclays Bank Delaware,

                Defendant.

_____/

## ORDER

Plaintiff Kola Adetola sued Defendant Barclays Bank Delaware, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Fair Credit Reporting Act, 15 U.S.C. § 1681. (Dkt. 3.) The Magistrate Judge found Plaintiff's proposed complaint did not provide enough detail of his claims and thus failed to state a claim.[1] (Dkt. 2 at

---

[1] Plaintiff submitted a form complaint in which he filled in no information. (Dkt. 3.) Plaintiff has filed three other lawsuits against different banks in which he left the complaint blank. *See Adetola v. First Financial Bank*, 1:19-cv-05650 (N.D. Ga. 2019); *Adetola v. Discover Bank*, 1:19-cv-05649 (N.D. Ga. 2019); *Adetola v. Credit First Bank*, 1:19-cv-05647 (N.D. Ga. 2019).

2.) The Magistrate Judge permitted Plaintiff to amend his complaint, giving Plaintiff until January 10, 2020, to do so. (*Id.*) Plaintiff did not.

The Magistrate Judge recommends dismissing Plaintiff's complaint for the failure to follow a court order. *See* Fed. R. Civ. P. 41(b); *Hickman v. Hickman*, 563 F. App'x 742, 744 (11th Cir. 2014). Plaintiff did not object to the Magistrate Judge's recommendation. Where no party files an objection to the R&R, the Court reviews the record for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam). The Court agrees with the Magistrate Judge — Plaintiff's complaint failed to sufficiently substantiate his claims and should be dismissed since he failed to amend his complaint.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 4) and **DISMISSES WITHOUT PREJUDICE** the Complaint (Dkt. 3).

**SO ORDERED** this 26th day of March, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE